UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBA CARTER, ET. AL, <br> Plaintiffs | § § § | |
| v. | § § | Civil Action 4:14-CV-01390 <br> (CONSOLIDATED WITH C.A. NO. |
| HOUSTON INDEPENDENT <br> SCHOOL DISTRICT, <br> Defendant | § § § § | 4:15-CV-01394 AND 4:15-CV-01395) |

# PLAINTIFF'S OPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND ATTORNEY IN CHARGE AS TO PLAINTIFF, KATHY BROWN, AND MEMORANDUM IN SUPPORT THEREOF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Donna Roth, and respectfully asks this Honorable Court to allow her and her co-counsel, William Pieratt Demond, Meagan Hassan and Kervyn B. Altaffer Jr. to withdraw as attorneys for the Plaintiff, Kathy Brown.

### A. Introduction

1. The Plaintiff the subject of this Motion to Withdraw is Kathy Brown. Defendant is Houston Independent School District.

2. Plaintiff sued Defendant under the Age Discrimination in Employment Act.

### B. Argument

3. At present, there is no other attorney to represent this individual.

4. Kathy Brown has been previously notified of counsels' decision to file the motion and sent a copy of the motion and the date after which the Court may take the matter under advisement. Kathy Brown has been advised of any pending deadlines, including a copy of the Court's Scheduling Order.

5. Kathy Brown was advised of her right to object to the subject motion and as of the filing of this motion undersigned counsel has not received any objection.

6. Defendant simultaneous with the filing of the subject Motion has been provided the last known address, telephone number and email address for Kathy Brown.

7. This withdrawal will not delay these proceedings.

8. There is good cause to grant the instant motion. Specifically, Plaintiff has failed to cooperate with counsel and has failed to communicate with counsel save and except to express her desire to withdraw from the subject litigation. Further, on September 5, 2017, counsel forwarded a Notice of Voluntary Dismissal to Kathy Brown for her signature, as per her request, and as of this filing it has not been returned. Rather than dismiss this individual, the attorneys herein request that this Honorable Court grant the instant motion and provide the Plaintiff at issue herein with at least 30 days to secure new counsel.

### C. Prayer

9. Based on the foregoing, Donna Roth, William Pieratt Demond, Meagan Hassan and Kervyn B. Altaffer Jr. ask this Honorable Court to grant their Motion to Withdraw and provide Plaintiff, Kathy Brown with 30 days to secure substitute counsel if she so desires.

Respectfully submitted,

By: /s/ *Donna Roth*

Donna Roth
Attorney-in-charge
Texas Bar No. 17312550
Federal Bar No. 8871
ROTH & ASSOCIATES
602 Sawyer St., Suite 490
Houston, Texas 77007
droth@rothpractice.com
Tel:   (713) 654-2143
Fax:   (713) 654-2146

William Pieratt Demond
Texas Bar No. 24058931
So. Dist. Texas No. 1108750
william.demond@demondhassan.com

Meagan Hassan
Texas Bar No. 24065385
So. Dist. Texas No. 1261057
meagan.hassan@demondhassan.com

DEMOND & HASSAN, PLLC
1520 Rutland St.
Houston, Texas 77008
Tel: 713.701.5240
Fax: 713.588.8407

and

Kervyn B. Altaffer Jr.
Texas Bar No. 01116575
So. Dist. Texas No. 6409
ALTAFFER & CHEN, PLLC
4054 McKinney Ave, Suite 310
Dallas, Texas 75204
kervyn@altafferlaw.com
Telephone: (972) 234-3633
Facsimile: (972) 947-3663

*Attorneys for Plaintiffs*

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Lisa McBride (counsel for Defendant) and that she is opposed hereto.

*/s/ Donna Roth*
Donna Roth

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw was served by electronic notice to all parties of record on this the _28th_ day of November, 2017.

*/s/ Donna Roth*
Donna Roth